Elton Lee WILLIAMS, Petitioner–
Appellant,

v.

SOUTHAMPTON CORRECTIONAL
CENTER, Warden; Randolph H.
Powell, Warden, Respondents–Appel-
lees.

No. 01–6671.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Elton Lee Williams, Pro Se.

Before WILKINS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

PER CURIAM.

Elton Lee Williams seeks to appeal the
district court's order dismissing without
prejudice his petition for habeas corpus
under 28 U.S.C.A. § 2254 (West 1994 &
Supp.2001) for failure to pay the filing fee.
We dismiss the appeal for lack of jurisdic-
tion because Appellant's notice of appeal
was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on January 18, 2001. Appellant's notice of appeal was filed on April 19, 2001. Because Appellant failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*